**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: C.M., A MINOR | : | No. 640 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: B.M., MOTHER AND D.M. | : | Petition for Allowance of Appeal |
| AND P.M., MATERNAL GRANDPARENTS | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1)     Whether the Superior Court, in reversing an order granting the involuntary termination of parental rights where the petitioners did not seek a good cause exception pursuant to 23 Pa.C.S. §2901, erred by misapprehending and improperly applying the essential holding in the Supreme Court case of *In Re: Adoption of M.R.D.*, 145 A.3d 1117 (Pa. 2016).

(2)     Whether the Superior Court improperly disturbed the factual and credibility findings of the trial court in a termination of parental rights proceeding to conclude the proposed adoption was unlawful "custody gamesmanship."